# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY GRUNFELD, et al., | Case No. 2:17-cv-01204-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| JPMORGAN CHASE BANK, N.A., et al, | |
| Defendant(s). | |

Pending before the Court is Defendant Wilmington Savings Fund Society's motion for extension of time to plead or otherwise respond to Plaintiff's complaint. Docket No. 9. Defendant was served on April 14, 2017. Docket No. 8-3 at 2. Defendant's answer was therefore due no later than May 5, 2017. Fed. R. Civ. P. 12(a)(1)(A)(i). On May 12, 2017, Defendant filed the instant motion asking the Court to extend the deadline to file a responsive pleading by 28 days. Defendant submits that it recently retained counsel, and that counsel needs more time to review Defendant's records before filing a responsive pleading. Accordingly, Defendant's motion for extension of time, Docket No. 9, is hereby **GRANTED**. Defendant shall file its responsive pleading no later than June 2, 2017.

IT IS SO ORDERED.

Dated: May 15, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge