# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY GRUNFIELD, et al., | Case No. 2:17-cv-01204-JCM-NJK |
| Plaintiffs, | |
| vs. | ORDER RE: MOTION TO WITHDRAW |
| JPMORGAN CHASE BANK, N.A., et al., | (Docket No. 25) |
| Defendants. | |

Pending before the Court is a motion to withdraw as attorney for Plaintiffs. Docket No. 25. Any response shall be filed no later than August 16, 2017. The Court hereby **SETS** a hearing on the motion for August 21, 2017, at 11:00 a.m. in Courtroom 3D. Plaintiffs' counsel shall attend the hearing in person. Any new counsel retained by Plaintiffs shall also attend the hearing in person. Plaintiffs themselves shall attend the hearing telephonically. Plaintiffs shall call the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

No later than August 14, 2017, Plaintiffs' current counsel of record shall serve Plaintiffs with this order that they appear and shall file a proof of service.

IT IS SO ORDERED.

DATED: August 9, 2017.

NANCY J. KOPPE
United States Magistrate Judge