**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY GRUNFELD, | Case No. 2:17-cv-01204-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket Nos. 32, 33, 36) |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendant(s). | |

Before the Court are notices from the Clerk's Office that mail sent to Larry Grunfeld have been returned as undeliverable. Docket Nos. 32, 33, 36. Local Rule IA 3-1 requires that a *pro se* party "must immediately file with the court written notification of any change of mailing address...." Mr. Grunfeld is hereby **ORDERED** to file a written notice of change of address by January 10, 2018.

IT IS SO ORDERED.

DATED: December 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge