# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LARRY GRUNFELD, et al., | Case No. 2:17-CV-1204 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| JP MORGAN CHASE BANK, N.A., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Grunfeld et al v. JPMorgan Chase Bank, N.A., et al*, case number 2:17-cv-01204-JCM-NJK.

Counsel for plaintiffs Larry Grunfeld and Jack Grunfeld filed a motion to withdraw as attorney in the instant matter. (ECF No. 25). On August 23, 2017, Magistrate Judge Koppe held a hearing on the motion. (ECF No. 30). The court granted counsel's motion. *Id.* The court "further ordered that plaintiffs Larry Grunfeld and Jack Grunfeld will have until Friday, September 22, 2017, to either retain new counsel, who must file a Notice of Appearance in accordance with the Local Rules of Practice, or to file a Notice of Intent to proceed Pro Se." *Id.*

To date, no notice of appearance or notice of intent to proceed pro se has been filed with the court. Further, plaintiffs have not otherwise appeared in the case.

On December 13, 2017, the court ordered plaintiffs to show cause within twenty-one (21) days as to why this case should not be dismissed for failure to prosecute. (ECF No. 35). Plaintiffs have not responded to the court order.

On December 27, 2017, Magistrate Judge Koppe ordered plaintiff Larry Grunfeld to file a written notice of change of address by January 10, 2018. (ECF No. 37). Plaintiff has not filed a notice of change of address.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the matter of *Grunfeld et al v. JPMorgan Chase Bank, N.A., et al*, case number 2:17-cv-01204-JCM-NJK, be, and the same hereby is, DISMISSED for failure to prosecute.

IT IS FURTHER ORDERED that defendant MTC Financial's motion to dismiss plaintiff's complaint (ECF No. 6) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiffs' motion for entry of clerk's default (ECF No. 8), be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant Wilmington Savings Fund Society, FSB's motion to dismiss (ECF No. 14) be, and the same hereby is, DENIED as moot.

The clerk shall enter judgment accordingly and close the case.

DATED January 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**